| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | James Randall Simmons<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6223<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | Ginny Marie Simmons<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1589<br>EIN: __–_____ | |
| United States Bankruptcy Court: Western District of Virginia | | Date case filed for chapter: 7   9/7/23 | |
| Case number: 23–60977 | | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Randall Simmons | Ginny Marie Simmons |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2063 Leehigh Dr<br>Amissville, VA 20106–1979 | 2063 Leehigh Dr<br>Amissville, VA 20106–1979 |
| 4. | **Debtor's attorney**<br>Name and address | Suad Bektic<br>New Day Legal<br>20 B John Marshall St.<br>Warrenton, VA 20186 | Contact phone 804–997–7395<br>Email: sbektic@newdaylegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Hannah W. Hutman(436156)<br>Hoover Penrod<br>342 S. Main Street<br>Harrisonburg, VA 22801 | Contact phone 5404332444<br>Email: hhutman@hooverpenrod.com |

**For more information, see page 2 >**

Debtor  **James Randall Simmons**  and  **Ginny Marie Simmons**                                    Case number **23–60977**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Lynchburg Division 1101 Court St, Room 166 Lynchburg, VA 24504 | Hours open: 8:00 a.m. – 4:30 p.m. Contact phone 434–845–0317 Date: 9/8/23 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 20, 2023 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **Zoom video meeting. Go to zoom.us/join, enter Meeting ID 495 849 0558, and Passcode 1345831086, OR call 1 (540) 924–0301** For additional meeting information go to https://www.justice.gov/ust/moc. |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/19/23** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 23-60977-rbc |
| James Randall Simmons | Chapter 7 |
| Ginny Marie Simmons | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 08, 2023 | Form ID: 309A | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James Randall Simmons, Ginny Marie Simmons, 2063 Leehigh Dr, Amissville, VA 20106-1979 |
| 5181519 | + | Family Dental Care Warrenton, 251 W. Lee Highway, Suite 197, Warrenton, VA 20186-2047 |
| 5181524 | + | Gastroentrerology Assoc. & PC, 8640 Sudley Road, #201, Manassas, VA 20110-4404 |
| 5181525 | + | Hill & Rainey Attorneys, 2425 Boulevard, Ste 9, Colonial Heights, VA 23834-2324 |
| 5181535 | + | MOHELA, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5181533 | | Minuteclinic Diagnostic of VA, ATTN # 8444J, PO Box 14000, Belfast, ME 04915-4033 |
| 5181538 | | NPAS Solutions, P.O. Box 505602, Saint Louis, MO 63150-5602 |
| 5181536 | + | Novant Health Haymarket, 15225 Heathcote Blvd., Haymarket, VA 20169-6264 |
| 5181537 | + | Novant Health Prince Wm Hosp, 8700 Sudley Rd, Manassas, VA 20110-4418 |
| 5181543 | + | PNC Financial Services, Attn: Bankruptcy Dept., 300 Fifth Ave., Pittsburgh, PA 15222-2401 |
| 5181544 | + | Prince William County, Tax Admin, P.O. Box 2467, Woodbridge, VA 22195-2467 |
| 5181556 | | UVA Health, PO Box 743977, Atlanta, GA 30374-3977 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sbektic@newdaylegal.com | Sep 08 2023 20:47:00 | Suad Bektic, New Day Legal, 20 B John Marshall St., Warrenton, VA 20186 |
| tr | + | EDI: BHWHUTMAN.COM | Sep 09 2023 00:52:00 | Hannah W. Hutman(436156), Hoover Penrod, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| ust | + | Email/Text: ustpregion04.rn.ecf@usdoj.gov | Sep 08 2023 20:47:00 | USTrustee, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011-1620 |
| 5181510 | + | Email/Text: bankruptcy@rentacenter.com | Sep 08 2023 20:47:00 | Acceptance Now, Attn: Bankruptcy Dept., 5501 Headquarters Dr., Plano, TX 75024-5837 |
| 5181511 | ^ | MEBN | Sep 08 2023 20:46:06 | American Anesthesiology of VA, P.O. Box 88087, Chicago, IL 60680-1087 |
| 5181513 | + | EDI: CRFRSTNA.COM | Sep 09 2023 00:52:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy Dept., P.O. Box 81315, Cleveland, OH 44181-0315 |
| 5181512 | + | EDI: CAPITALONE.COM | Sep 09 2023 00:52:00 | Capital One, Attn: Bankruptcy Dept., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5181514 | + | EDI: WFNNB.COM | Sep 09 2023 00:52:00 | Comenity Bank/Ulta, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5181509 | + | Email/Text: va_tax_bk@harriscollect.com | Sep 08 2023 20:47:00 | Commonwealth of Virginia, P.O. Box 2156, Richmond, VA 23218-2156 |
| 5181515 | | Email/Text: bankruptcy@credencerm.com | Sep 08 2023 20:47:00 | Credence Resource Management, PO Box 1253, Southgate, MI 48195-0253 |

Case 23-60977   Doc 6   Filed 09/10/23   Entered 09/11/23 00:27:00   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0423-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 309A | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 5181516 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2023 20:50:47 | Credit One Bank, Attn: Bankruptcy Dept., P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5181517 | + | EDI: DIRECTV.COM | Sep 09 2023 00:52:00 | Directv, LLC, c/o American InfoSource LP, P.O. Box 5008, Carol Stream, IL 60197-5008 |
| 5181518 | + | EDI: DISCOVER.COM | Sep 09 2023 00:52:00 | Discover Financial, Attn: Bankruptcy Dept., P.O. Box 3025, New Albany, OH 43054-3025 |
| 5181520 | + | EDI: BLUESTEM | Sep 09 2023 00:52:00 | FingerhutWebbank, Attn: Bankruptcy Dept., 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5181521 | + | Email/Text: bankruptcynotices@finwisebank.com | Sep 08 2023 20:47:00 | Finwise Bank, 820 E 9400 S., Sandy, UT 84094-3653 |
| 5181523 | + | EDI: AMINFOFP.COM | Sep 09 2023 00:52:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5181522 | + | EDI: AMINFOFP.COM | Sep 09 2023 00:52:00 | First Premier Bank, Attn: Bankruptcy Dept., P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5181508 | | EDI: IRS.COM | Sep 09 2023 00:52:00 | IRS, P.O. Box 7346, Philadelphia, PA 19255 |
| 5181526 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2023 20:47:00 | Kohls/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5181527 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2023 20:47:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5181528 | | Email/Text: ktramble@lendmarkfinancial.com | Sep 08 2023 20:47:00 | Lendmark Financial, 2118 Usher St., Covington, GA 30014 |
| 5181534 | | Email/Text: EBN@Mohela.com | Sep 08 2023 20:47:00 | MOHELA, Attn: Bankruptcy Dept., 633 Spirit Drive, Chesterfield, MO 63005 |
| 5181535 | ^ | MEBN | Sep 08 2023 20:46:19 | MOHELA, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5181529 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 08 2023 20:47:00 | Mariner Finance, Attn: Bankruptcy Dept., 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5181530 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2023 20:50:41 | Merrick Bank/CCHoldings, Attn: Bankruptcy Dept., P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5181531 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2023 20:50:41 | Merrick Bank/CCHoldings, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5181532 | + | EDI: CBS7AVE | Sep 09 2023 00:52:00 | Midnight Velvet, Attn: Bankruptcy Dept., 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5181539 | ^ | MEBN | Sep 08 2023 20:46:15 | Oliphant USA, Attn: Bankruptcy Dept., 1800 2nd St, Ste 603, Sarasota, FL 34236-5990 |
| 5181540 | + | EDI: AGFINANCE.COM | Sep 09 2023 00:52:00 | OneMain Financial, Attn: Bankruptcy Dept., P.O. Box 3251, Evansville, IN 47731-3251 |
| 5181541 | + | EDI: AGFINANCE.COM | Sep 09 2023 00:52:00 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 5181542 | + | Email/PDF: ebnotices@pnmac.com | Sep 08 2023 20:50:49 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5181545 | + | Email/Text: ngisupport@radiusgs.com | Sep 08 2023 20:47:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 5181546 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 08 2023 20:50:40 | Secretary of Housing and Urban Dev, 451 Seventh Street, S.W., Washington, DC 20410-0002 |
| 5181547 | + | Email/PDF: HCABKNotifications@resurgent.com | Sep 08 2023 20:50:55 | Stonesprings Hospital Center, 24440 Stone Springs Blvd, Dulles, VA 20166-2247 |
| 5181548 | + | EDI: RMSC.COM | Sep 09 2023 00:52:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

| District/off: 0423-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 309A | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 5181549 | + | EDI: RMSC.COM | Sep 09 2023 00:52:00 | Synchrony Bank/Care Credit, P.O. Box 71757, Philadelphia, PA 19176-1757 |
| 5181550 | + | EDI: RMSC.COM | Sep 09 2023 00:52:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5181551 | + | EDI: RMSC.COM | Sep 09 2023 00:52:00 | Synchrony Bank/Select Comfort, P.O. Box 71757, Philadelphia, PA 19176-1757 |
| 5181553 | + | EDI: RMSC.COM | Sep 09 2023 00:52:00 | Synchrony Bank/TJX, P.O. Box 71737, Philadelphia, PA 19176-1737 |
| 5181552 | + | EDI: RMSC.COM | Sep 09 2023 00:52:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5181555 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 08 2023 20:47:00 | Toyota Financial Services, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 5181554 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 08 2023 20:47:00 | Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 259001, Plano, TX 75025-9001 |
| 5181558 | + | EDI: WFFC2 | Sep 09 2023 00:52:00 | Wells Fargo Dealer Services, P.O. Box 71092, Charlotte, NC 28272-1092 |
| 5181557 | + | EDI: WFFC2 | Sep 09 2023 00:52:00 | Wells Fargo Dealer Services, Attn: Bankruptcy Dept., 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023                Signature:         /s/Gustava Winters